AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.

GILBERTO ZAVALA-GOMEZ,
 a/k/a Gilberto Savala-Gomez,
 a/k/a Alejandro Santos

CASE NO.: CR508-15

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

That portion of Defendant's Motion to Suppress, as amended, seeking to suppress any statement Defendant made to Agent McGill is **dismissed** as moot. That portion of Defendant's Motion to Suppress seeking to suppress fingerprint evidence and booking information is **denied**.

SO ORDERED, this 16th day of January, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA